JOHN KEENAN, Appellant, *v.* JOHN O'BRIEN et al., Respondents.

(Argued June 20, 1889; decided June 28, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 24, 1889, which reversed an order of Special Term directing commission to issue to examine plaintiff.

*George Bliss* for appellant.

*Edward T. Lovatt* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.